JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAYVION COMBS,<br><br>                Petitioner,<br><br>    v.<br><br>W.L. MONTGOMERY,<br><br>                Respondent. | CASE NO. 2:19-cv-06561-SVW (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Denying Habeas Petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus and this action are dismissed with prejudice.

DATED: August 16, 2022

HON. STEPHEN V. WILSON
U.S. DISTRICT JUDGE